JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT D. PAULLIN,<br><br>          Plaintiff,<br><br>     v.<br><br>STASH PRODUCTIONS, INC. ET AL.,<br><br>          Defendants. | Case No. CV 26-2220 PVC<br><br>**ORDER DISMISSING ACTION** |

On May 8, 2026, Defendant Stash Productions, Inc. filed a notice of settlement ("Notice"), stating the parties had agreed to settle the entire action and anticipated filing a stipulation to dismiss the action after satisfaction of the terms of settlement.  (Dkt. No. 15).

Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1.  All deadlines governing this action are VACATED.

2.   The court DISMISSES the action without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3.   This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court.  Such stipulation shall be filed within the 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

DATED:  May 11, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2